IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
FEB 04 2014
CHRIS R. JOHNSON, CLERK
BY
          DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v ) Case No. 6:13CR60022-001
)
COURTNEY L. LEMONS )

### FINAL ORDER OF FORFEITURE

On December 3, 2013, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b) (Doc. 36). In the Preliminary Order of Forfeiture, a Taurus 9mm handgun Model #PT908 bearing serial number TMD03062D was forfeited to the United States pursuant to 18 U.S.C. § 982 and 21 U.S.C. § 853.

The United States was required to publish notice of this order pursuant to Fed.R.Crim. P. 32.2(b)(6) and 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. 853(n)(1). On January 3, 2014, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on December 3, 2013, shall become final at this time.

IT IS SO ORDERED this 4th day of February, 2014.

HONORABLE SUSAN O. HICKEY
UNITED STATES DISTRICT JUDGE