IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                            Case No. 6:13-cr-60022

COURTNEY L. LEMONS                                                          DEFENDANT

# **ORDER**

Before the Court is Defendant Courtney Lemon's Motion for Early Termination of Supervised Release. ECF No. 53. The government has responded. ECF No. 54. The matter is ripe for the Court's consideration.

On February 4, 2014, Lemon was sentenced to ninety-six (96) months imprisonment and placed on three (3) years of supervised release for the offense of distribution of a cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C). Lemon has served his term of imprisonment and is currently serving out his term of supervised release. He now moves the Court for early termination of his supervised release.

In support of his motion, Lemon states that he has served thirty (18) months of supervised release, has stable family relationships, has maintained a stable job, has received multiple job promotions, and has maintained a stable residence. The United States Probation Office ("USPO") confirms that, since his release from federal custody, Lemon has maintained a stable residence and continuous employment. Other than one minor, isolated incident, there have been no issues with noncompliance since his release from custody.

The government objects to early termination of Lemon's supervised release, noting his

extensive criminal history, the serious nature of the offense for which he was convicted, and the relevant conduct involved in the offense.

A district court may terminate supervised release "if it is satisfied that such action is warranted by conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In making its determination, the Court must consider factors set forth under 18 U.S.C. § 3553(a), to the extent they are applicable. Section 3553(a) factors include, among others, the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to provide the defendant with correctional treatment in the most efficient manner.

Upon consideration of the factors listed above, the Court finds that Lemon's motion (ECF No. 53) should be and hereby is **GRANTED** based on his good conduct since his release from federal custody and in the interest of justice. Lemon's term of supervised release is hereby terminated.

**IT IS SO ORDERED**, this 9th day of September, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge